BRADFORD R. JERBIC
City Attorney
Nevada Bar No. 1056
By: PHILIP R. BYRNES
Deputy City Attorney
Nevada Bar No. 166
By: DAVID E. BAILEY
Deputy City Attorney
Nevada Bar No. 8955
400 Stewart Avenue, Ninth Floor
Las Vegas, NV 89101
(702) 229-6629
(702) 386-1749 (fax)
Email: pbyrnes@lasvegasnevada.gov
Email: debailey@lasvegasnevada.gov
Attorneys for CITY OF LAS VEGAS

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| REGINALD BINGHAM, individually,<br><br>Plaintiff,<br><br>vs.<br><br>THE CITY OF LAS VEGAS, a Nevada municipality; DOES 1-10, inclusive; ROE CORPORATIONS 1-10, inclusive,<br><br>Defendant. | CASE NO. 2:08-cv-01861-JCM |

**PROPOSED JUDGMENT UPON VERDICT**

Defendant CITY OF LAS VEGAS, through City Attorney BRADFORD R. JERBIC, by Deputy City Attorneys Philip R. Byrnes and David E. Bailey, proposes the attached Judgment Upon Verdict.

DATED this 3RD day of March, 2011.

BRADFORD R. JERBIC
City Attorney

By: _____
PHILIP R. BYRNES
Deputy City Attorney
Nevada Bar No. 166
400 Stewart Avenue, Ninth Floor
Las Vegas, NV 89101
Attorneys for CITY OF LAS VEGAS

## CERTIFICATE OF MAILING

I hereby certify that on March 3, 2011, I served a true and correct copy of the foregoing PROPOSED JUDGMENT UPON VERDICT through the CM/ECF system of the United States District Court for the District of Nevada (or, if necessary, by United States Mail at Las Vegas, Nevada, postage fully prepaid) upon the following:

Kirk T. Kennedy, Esq.
815 South Casino Center Boulevard
Las Vegas, NV 89101

_____Cindy Kelly_____
AN EMPLOYEE OF THE CITY OF LAS VEGAS

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

REGINALD BINGHAM, individually,

Plaintiff,

vs.

THE CITY OF LAS VEGAS, a Nevada municipality; DOES 1-10, inclusive; ROE CORPORATIONS 1-10, inclusive,

Defendants.

CASE NO. 2:08-cv-01861-JCM

### JUDGMENT UPON VERDICT

This matter came on for trial by jury on February 28, 2011, through March 2, 2011, Plaintiff Reginald Bingham appearing in person and through counsel, Kirk T. Kennedy, Esq.,; Defendant City of Las Vegas appearing through Philip R. Byrnes, Deputy City Attorney, and David E. Bailey, Deputy City Attorney. Testimony was taken, evidence was offered, introduced and admitted. Counsel argued the merits of their case.

The jury rendered a verdict in favor of Defendant City of Las Vegas and against Plaintiff Reginald Bingham.

NOW, THEREFORE, judgment upon the verdict is hereby entered in favor of Defendant City of Las Vegas and against the Plaintiff Reginald Bingham.

*/s/ James C. Mahan*
UNITED STATES DISTRICT JUDGE
March 4, 2011
Date